**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JENNIFER B. DATH; JONATHAN
BISSOON-DATH,
               *Plaintiffs-Appellants,*

v.

SONY COMPUTER ENTERTAINMENT
AMERICA, INC.; DAVID JAFFE,
               *Defendants-Appellees.*

No. 10-15783

D.C. No.
3:08-cv-01235-MHP
Northern District of
California,
San Francisco

ORDER

Appeal from the United States District Court
for the Northern District of California
Marilyn H. Patel, Senior District Judge, Presiding

Argued and Submitted
July 20, 2011—San Francisco, California

Filed July 29, 2011

Before: Procter Hug, Jr. and Johnnie B. Rawlinson, Circuit
Judges, and Jed S. Rakoff, Senior District Judge.*

---

## COUNSEL

Jonathan J. Bissoon, *pro se* (argued), and Kimball J. P. Sargeant (briefed), Law Office of Kimball J. P. Sargeant, Davis, California, for appellants Jonathan Bissoon-Dath and Jennifer B. Dath.

---

*The Honorable Jed S. Rakoff, Senior District Judge for the Southern District of New York, sitting by designation.

Louis P. Petrich (argued), Leopold, Petrich & Smith, P.C., Los Angeles, California, and Brooke Oliver, Oliver & Sabec P.C., San Francisco, California, for appellees Sony Computer Entertainment America Inc. and David Jaffe.

## ORDER

We adopt and affirm the district court's well-reasoned opinion in *Bissoon-Dath v. Sony Computer Entm't Am., Inc.*, 694 F. Supp. 2d 1071 (N.D. Cal. 2010).

**AFFIRMED.**